UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SEARS,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, M and T BANK, BRIAN C. MOYNIHAN, GAR G. LYNCH, DAVID C. DARNELL, THOMAS K. MONTAG,<br><br>    Defendants. | No. 2:13-CV-1664-KJM-AC<br><br><br>ORDER |
| DAVID SEARS,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, et al.,<br><br>    Defendants. | No. 2:15-CV-0753 WBS AC |

On April 7, 2015, defendants filed a notice of related cases in this action, ECF No. 42, and in *David Sears v. Bank of America, et al.*, No. 2:15-CV-753-WBS-AC, ECF No. 4. The court has determined these actions are related cases within the meaning of Local Rule 123(a).

1

1 | They involve the same parties, the same or similar claims, similar allegations, and similar
2 | questions of law and fact.  In both actions David Sears alleges the defendants have not complied
3 | with federal and California as they apply to his request for a loan modification.
4 |       The parties should be aware that relating cases under Rule 123 causes the actions
5 | to be assigned to the same judge—it does not consolidate the actions.  Under Rule 123, related
6 | cases are generally assigned to the judge and magistrate judge to whom the first filed action was
7 | assigned.
8 |       As a result, it is hereby ORDERED that 2:15-CV-00753-WBS-AC is reassigned to
9 | the undersigned.  The caption on documents filed in the reassigned case shall be shown as: 2:15-
10 | CV-00753-KJM-AC.
11 |       It is further ORDERED that the Clerk of the Court make appropriate adjustment in
12 | the assignment of civil cases to compensate for this reassignment.
13 |       IT IS SO ORDERED.
14 | DATED: April 15, 2015.

_____
UNITED STATES DISTRICT JUDGE